UNITED STATES DISTRICT AND BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 28 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>Plaintiff</u>

ANTONIO COLBERT
1313 NEW YORK AVE. N.W
WASHINGTON, D.C 20005

Case: 1:10-cv-01840
Assigned To : Unassigned
Assign. Date : 10/28/2010
Description: Pro Se General Civil

V.S

<u>Defendant</u>

TREASURY DEPARTMENT FEDERAL CREDIT UNION
P.O. Box 27301
WASHINGTON, D.C 20038-7301

**RECEIVED**
SEP 30 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>Complaint</u>

1

Attn: Treasury Departme[nt]

My name is Antonio Colbert! I'm a Consumer Constituant at your Credit Union! I am sueing you, baste upon your Employees Misconduct. ($50,000) Your Employees have purposely mislead me, and are Now tryfulling with me After the Fact! I was told one thing, wile in the process of opening a Account, and Fed Company Procedure, as to why, My Request are being denied! Worth Noting, I have several law Suites pending, all of them have Misconduct in the wor[k] place to mention. Something needs to be done about this! The Government calls what your employees have done "Perjury".

Sincerely, Antonio Colbert